No. 05–689.  IN RE CLEMENTS;
No. 05–725.  IN RE LIVERMAN;
No. 05–732.  IN RE SINA;
No. 05–747.  IN RE GIBBONS;
No. 05–8088.  IN RE RIVERA;
No. 05–8178.  IN RE HOWARD; and
No. 05–8554.  IN RE SALDANA.  Petitions for writs of mandamus denied.